# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131254(67)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Plaintiff-Appellee,

v

ARTHUR P. DORE,
      Defendant-Appellant.

SC: 131254
COA: 265176
Bay CC: 04-003183-CK

_____/

On order of the Court, the motion for reconsideration of this Court's December 6, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and WEAVER, JJ., would grant reconsideration.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220